### 11833.    CRIDER *v.* HAYGOOD.

HILL, J.   Where counsel for the parties could not agree on a brief of the evidence, and the trial judge stated that "he would not attempt to settle any differences or disputes between counsel, for the reason that he did not remember the evidence, the case having been tried fifteen months before," there was no error in dismissing the motion for a new trial, the "movant not presenting for approval and filing a correct brief of the evidence." *Williams* v. *Johnson*, 94 *Ga.* 722 (19 S. E. 888); *Lucas* v. *Cordele Guano Co.*, 106 *Ga.* 200 (32 S. E. 120); *Baldwin County* v. *Crawford*, 101 *Ga.* 185 (28 S. E. 621).

> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
> DECIDED FEBRUARY 15, 1921.

Motion for new trial; from Fulton superior court — Judge Pendleton. June 16, 1920.

*W. A. James,* for plaintiff in error.    *Walter A. Sims,* contra.